BEFORE THE SECOND DIVISION, MAY 31, 1944

No. 49451.—Protests 584121–G, etc., of O. Yoshizawa Co. (New York).

Opinion by Tilson, J. The record showed that certain of the hats in question, valued at less than $3 per dozen, are similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664). Those imported and withdrawn for consumption prior to the Netherlands Trade Agreement (T. D. 48075) were held dutiable at 25 percent under paragraph 1504 (b) (5), and those imported and withdrawn for consumption subsequent to said trade agreement were held dutiable at 12½ percent under paragraph 1504 (b) (5) as amended. Protests sustained to this extent.

BEFORE THE SECOND DIVISION, JUNE 1, 1944

No. 49452.—Protest 101412–K of Darmstadt, Scott & Courtney (New York).

Opinion by Kincheloe, J. The testimony fully supports the plaintiff's contention that the involved merchandise is of much poorer quality and dirtier than flax tow, and that it is used almost exclusively for paper making. The protest was therefore sustained to that extent.

No. 49453.—Protests 996729–G, etc., of Aoki Taiseido Book Co. (San Francisco)

Opinion by Kincheloe, J. It was stipulated that certain of the books in question are the same in all material respects as those passed upon in *Aoki Taiseido Book Co.* v. *United States* (10 Cust. Ct. 217, C. D. 757). The protests were therefore sustained to that extent.